Civil- (Dec-2008)

HONORABLE: Kari A. Dooley

DEPUTY CLERK Kristen Gould          RPTR/ECRO/TAPE Cassie Zayas

TOTAL TIME: 1    hours 32    minutes

DATE: 6/28/2023    START TIME: 9:57am    END TIME: 11:29am

LUNCH_RECESS    FROM: _____ TO: _____
RECESS (if more than ½ hr)    FROM: _____ TO: _____

CIVIL NO. 3:22-cv-01373-KAD

Chamber of Commerce et al                     Bryan Killian, Amanda Leigh Salz
                                                              Plaintiff's Counsel

vs

Bartolomeo et al                               Timothy J. Holzman, Emily Adams Gait
                                                              Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing                    ☐ Show Cause Hearing
☐ Evidentiary Hearing               ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ Def  # 36   Motion to Dismiss*                    ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion_____  ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion_____  ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion_____  ☐ granted ☐ denied ☐ advisement
☐ ....     Oral Motion_____  ☐ granted ☐ denied ☐ advisement
☐ .....    ☐ Briefs(s) due _____ ☐ Proposed Findings due_____ Response due_____
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ Hearing continued until _____ at _____

Notes: *The Motion is GRANTED as to the Connecticut Department of Labor and DENIED as to Dante Bartolomeo and William Tong.