# UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL STANDARD MINUTES

**Date** 11/18/2024

**Chamber of Commerce....et al**
Vs.
**Bartolomeo et al**

Start Time **10:05am**   End Time **12:09pm**
Recess (if more than ½ hr) _____ to _____
Total Time **2** hour(s) **4** minute(s)

**Case #** 3:22-cv-01373-KAD
**Honorable Judge** Kari A. Dooley
**Deputy Clerk** Kristen Gould
**Counsel for Pla(s)** Bryan Killian, Patrick Harvey
**Counsel for Dft(s)** T. Holzman, E. Gait, B. Abrams
**Reporter/ECRO/Courtsmart** Tracy Gow
Interpreter _____ Language _____
Hearing held ☑ in person  ☐ by video  ☐ by telephone

**HEARING AND TIME**

| ■ Motion/Oral Argument | ☐ Show Cause Hearing | ☐ Evidentiary Hearing |
|---|---|---|
| ☐ Judgment Debtor Exam | ☐ Pretrial Conference | ☐ Scheduling Conference |
| ☐ Status Conference | ☐ Settlement Conference | ☐ Other: _____ |

**MOTIONS**

■ Motion **MOTION for Summary Judgment** filed by ■ Pla ☐ Dft ☐ granted ☐ denied ■ taken under advisement

■ Motion **Cross MOTION for Summary Judgment** filed by ☐ Pla ■ Dft ☐ granted ☐ denied ■ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

☐ Status report due _____

☐ Hearing continued until _____ at _____

**NOTES**

Rev. 3/21/24